UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER EMERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>THE NORTHERN TRUST COMPANY,<br><br>  Defendant. | Case No. 23-cv-00241-TLT<br><br>**JUDGMENT**<br><br>Re: ECF 143 |

On April 16, 2025, the Court granted Defendant's motion for summary judgment for all claims. ECF 143. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiff. The Clerk of Court has closed the file in this matter.

**IT IS SO ORDERED.**

Dated: April 16, 2025

_____
TRINA L. THOMPSON
United States District Judge